# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9274 | **DATE** | 12/12/2012 |
| **CASE TITLE** | Donald M. Woods (#18900-424) vs. United States of America | | |

**DOCKET ENTRY TEXT:**

Petitioner-Defendant is directed either to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C.§ 1915(a)(2) or pay the full $350 filing fee by January 14, 2013. The Clerk is directed to send Petitioner an i.f.p. application along with a copy of this order. Failure of the Petitioner to comply by January 14, 2013, will result in summary dismissal of this case. **Petitioner is advised that he must provide the Court with the original plus a judge's copy of every document filed.**

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

Petitioner-Defendant, a federal prisoner, has brought this *pro se* mandamus action purportedly pursuant to 28 U.S.C. § 1361. Petitioner seeks an order vacating a warrant of attachment obtained by the government. The district court's Executive Committee has reassigned this case to the docket of the undersigned judge.

Petitioner has failed either to pay the statutory filing fee or to file a petition for leave to proceed *in forma pauperis*. The Prison Litigation Reform Act requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed. In all prisoner civil lawsuits, the Court must assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court will direct correctional officials to deduct the initial filing fee payment directly from Petitioner's trust fund account. Thereafter, correctional authorities having custody of Petitioner will be authorized and ordered to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid.

To enable the Court to make the necessary assessment of the initial partial filing fee, Petitioner must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Therefore, **(CONTINUED)**

mjm

**STATEMENT (continued)**

if Petitioner wishes to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file an *in forma pauperis* application on the form required by the rules of this Court, together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the past six months [that is, from May 19, 2012, through November 19, 2012].

Petitioner must **either** file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) **or** pay the full $350 filing fee. The Clerk will furnish Petitioner with an *in forma pauperis* application along with a copy of this order. Failure of the Petitioner to comply by January 14, 2013, will result in summary dismissal of this case.

Petitioner is reminded that he is required to provide the Court with the original plus a judge's copy of every document filed.